# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONDUCTIVE TECHNOLOGIES, INC., | : <br> : <br> : Civil Action No. 1:22-CV-1444 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| *Plaintiff,* | |
| v. | |
| HISCOX INSURANCE COMPANY INC., | |
| *Defendant.* | |

## NOTICE OF DISMISSAL

Plaintiff, Conductive Technologies, Inc., by and through its attorneys gives notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed with prejudice.

Dated: January 5, 2023

/s/ Paul G. Gagne
**KLEINBARD LLC**
Matthew H. Haverstick (PA ID No. 85072)
Paul G. Gagne (PA ID No. 42009)
Three Logan Square, 5th Floor
Philadelphia, PA 19103
(215)568-2000
mhaverstick@kleinbard.com
pgagne@kleinbard.com

*Attorneys for Plaintiff Conductive Technologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I caused the foregoing Notice of Dismissal to be filed with the United States District Court for the Middle District of Pennsylvania via the Court's CM/ECF System, which will provide electronic notice to all counsel and parties of record.

/s/ Paul G. Gagne
Paul G. Gagne
*Attorneys for Plaintiff*
*Conductive Technologies Inc*

4862-4036-1800, v. 1