IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONDUCTIVE TECHNOLOGIES, INC.,** | : | Civil No. 1:22-cv-1444 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **HISCOX INSURANCE COMPANY INC.,** | : | |
| | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 11th day of January, 2023, upon consideration of the plaintiff's notice of voluntary dismissal (Doc. 9) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

                                              s/Sylvia H. Rambo
                                              Sylvia H. Rambo
                                              United States District Judge